Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01674-RGK-JEM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs' Elia Haggar, Kyo Hak Chu and Valerie Brooks hereby notifies the Court that the claims of Plaintiffs' have settled on an individual basis. A notice of dismissal with prejudice of Plaintiffs' individual claims will be filed upon execution of a formal settlement agreement. Plaintiffs reserve a right to reopen within thirty (30) days if a settlement is not finalized.

Dated: May 17, 2019                    Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 17, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: May 17, 2019                                Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho