Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01674-RGK-JEM<br><br>**NOTICE OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs' ELIA HAGGAR, KYO HAK CHU and VALERIE BROOKS ("Plaintiffs") by and through their undersigned counsel hereby voluntarily dismiss all parties from the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own attorney's fees and costs.

Dated: May 22, 2019                              Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 22, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: May 22, 2019                              Respectfully Submitted,

                                                 */s/ Thiago M. Coelho*
                                                 Thiago M. Coelho